**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnson Sayonkon,                                                                 Civ. No. 12-27 (MJD/JJK)

           Petitioner,

v.                                                                                                        **ORDER**

Scott Beniecke, Field Office Director,

           Respondent.

---

Johnson Sayonkon, Carver County Jail, 606 East 4th Street, Chaska, MN 55318, *pro se.*

Erika R. Mozangue, Esq., Friedrich A. P. Siekert, Esq., and Gregory G. Booker, Esq., Assistant United States Attorneys, counsel for Respondent.

---

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 17, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted. Defendant has not provided the Court with a forwarding address and the recent mailing of the Report and Recommendation  has been returned.

      Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus under Title 28 U.S.C. § 2241 from a Person in the Custody of the Immigration and Customs Enforcement Agency (ICE) (Doc. No. 1), is **DENIED**; an

2. This action is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date: May 9, 2012

            s/Michael J. Davis
            MICHAEL J. DAVIS
            Chief Judge
            United States District Court